295

Hector R. GARZA–MATA, pro se & siblings similarly situated, Plaintiff–Appellant

v.

UNITED STATES of America; Thomas E. Perez, Secretary, Department of Labor; Eric H. Holder, Jr., U.S. Attorney General, in his official capacity as head of the Department of Justice; David L. Neal, Chairman of the Board of Immigration Appeals; John Kerry, Secretary, U.S. Department of State; Jeh Charles Johnson, Secretary, Department of Homeland Security; Alejandro Mayorkas, Director, U.S. Citizenship and Immigration Services; Ron Rosenberg, Chief of the Administrative Appeals Office–U.S. Citizenship and Immigration Services; Albert W. Blakeway, Field Office Director–U.S. Citizenship and Immigration Services–San Antonio, Texas, Defendants–Appellees.

No. 14–41158
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 20, 2015.

Jesus M. Dominguez, Counsel, Law Office of Jesus M. Dominguez, Laredo, TX, for Plaintiff–Appellant.

Craig Andrew Defoe, Trial Attorney, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, for Defendants–Appellees.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The lengthy complaint filed by the Plaintiff lists what is thought to have been official mistakes affecting his grandmother and other family members in past years. But no claim that warrants legal relief now by a federal court is set forth. As for the claim of citizenship, the district court has correctly explained why that must fail. The court also explained why the other civil and constitutional rights discussed by the Plaintiff state no legal complaint against any defendant. The case must be dismissed.

AFFIRMED.